UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIFFINIE CARRILLO,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>TOOR INVESTMENTS, LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-cv-00450-MMD-CLB<br><br>ORDER |

　　　Plaintiff Tiffinie Carrillo filed this case under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et seq.*, on October 12, 2022. (ECF No. 1.) On June 13, 2023, the Court issued a notice of intent to dismiss Art Investments, LLC, and Rajinder Singh under Fed. R. Civ. P. 4(m) unless proof of service was filed by July 13, 2023. (ECF No. 18.) To date, no proof of service has been filed as to Art Investments, LLC, or Rajinder Singh, and Plaintiff has not otherwise contacted the Court to request an extension of time. Because the deadline to serve Art Investments, LLC and Rajinder Singh has expired, the Court will dismiss them from this case without prejudice.

　　　It is therefore ordered that Art Investments, LLC, and Rajinder Singh are dismissed from this case without prejudice.

　　　DATED THIS 14th Day of July 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE